**Fill in this information to identify the case:**

Debtor 1: Amy N. Uebelacker

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Wisconsin (State)

Case number: 19-24263-beh

---

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, D/B/A Christina as Owner Trustee of the Residential Credit Opportunities Trust III

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1338

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 06/17/2019 | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: 410A Prep | 06/17/2019 | (11) | $ 250.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Amy N. Uebelacker | Case number (if known) 19-24263-beh |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle Ghidotti
Signature

Date 06/17/2019

Print: Michelle Ghidotti-Gonsalves, Esq.
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Ghidotti Berger LLP.

Address: 1920 Old Tustin Ave
Number   Street
Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427 – 2010

Email Mghidotti@ghidottiberger.com

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust III

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)

In Re:

Amy N. Uebelacker,

    Debtors.

CASE NO.: 19-24263-beh

CHAPTER 13

**CERTIFICATE OF SERVICE**

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 19, 2019 I served the following documents described as:

- **POST PETITION FEE NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Amy N. Uebelacker**<br>8870 N. Green Brook Ct.<br>Brown Deer, WI 53223<br><br>**Debtor's Counsel**<br>**Adam L Lombardo**<br>Lombardo Law Office<br>10919 West Bluemound Road<br>Suite 200<br>Milwaukee, WI 53226 | **Chapter 13 Trustee**<br>**Rebecca R. Garcia**<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170<br><br>**U.S. Trustee**<br>**Office of the U. S. Trustee**<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2019 at Santa Ana, California

/*s / Maben May*
Maben May

2
CERTIFICATE OF SERVICE